IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:21-cr-00181-MHT-KFP-1 |
| | ) | |
| ALTWANA JAMAL SAVAGE | ) | |

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE KELLY FITZGERALD PATE, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through Sandra J. Stewart, Acting United Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in this Court an Indictment against Altwana Jamal Savage, now in the custody of the Montgomery County Jail, Montgomery, Alabama, and that the defendant is scheduled to appear for an arraignment in this Court on July 27, 2021 at 10:00 a.m. via Zoom.

Accordingly, the Government asks that the Court direct the Clerk of this Court to issue a Writ of Habeas Corpus ad Prosequndum addressed to the Montgomery County Jail, Montgomery, Alabama, instructing them to deliver the defendant to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring the defendant before this Court on July 27, 2021 at 10:00 a.m. via Zoom.

Respectfully submitted this 30th day of June, 2021.

SANDRA J. STEWART
ACTING UNITED STATES ATTORNEY

/s/*Joel Feil*
JOEL FEIL
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: joel.feil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:21-cr-00181-MHT-KFP-1 |
| | ) | |
| ALTWANA JAMAL SAVAGE | ) | |

**ORDER**

Upon consideration of the motion for Writ of Habeas Corpus ad Prosequndum filed on June 30, 2021, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Montgomery County Jail, Montgomery, Alabama, commanding the officials at that institution to deliver Altwana Jamal Savage to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring the defendant before this Court to be held at Montgomery, Alabama, on July 27, 2021 at 10:00 a.m. via Zoom, and to return the defendant to the jail officials at the conclusion of the proceedings in this case.

DONE this _____ day of _____, 2021.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE