IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
   v.                       )         2:21cr181-MHT
                            )              (WO)
ALTWANA JAMAL SAVAGE        )
```

ORDER

Based on the representations made on the record on August 17, 2022, and by agreement of the parties, it is ORDERED that the court will follow through on the recommendations in Dr. Carla Stover's report (Doc. 79) that defendant Altwana Jamal Savage receive a comprehensive neuropsychological assessment and a psychiatric evaluation for medication.

DONE, this the 17th day of August, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE