IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
    v.                      )        2:21cr181-MHT
                            )            (WO)
ALTWANA JAMAL SAVAGE        )
```

ORDER

The Guide to Judiciary Policy's Guidelines for Administering the CJA and Related Statutes provides that the Department of Justice has responsibility to pay for the cost of competency evaluations and testimony by a psychiatric expert at a competency hearing.  *See* Guide to Judiciary Policy, Vol. 7, Pt. A, Ch. 3: Authorization and Payment for Investigative, Expert, or Other Services, § 320.20.60(a).

***

Accordingly, and based on the government's consent in writing to pay the costs related to the competency evaluation, it is ORDERED that the government shall pay for the cost of the competency evaluation and any

testimony at the competency hearing from the expert who performs the evaluation.

DONE, this the 18th day of November, 2022.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE