IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-cr-181-MHT |
| | ) | (WO) |
| ALTWANA JAMAL SAVAGE | ) | |

**FINAL ORDER OF FORFEITURE**

Before the court is the government's motion for a final order of forfeiture (Doc. 106) filed on October 3, 2023.

On October 26, 2021, this court entered a preliminary order of forfeiture (Doc. 49) ordering defendant Altwana Jamal Savage to forfeit his interest in a Smith and Wesson, model SD40VE, .40 caliber pistol, bearing serial number FZV7056 and live ammunition.

Publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000, and the only potential claimants are the defendant and Damian Hosea Wright. The government gave defendant notice in the indictment (Doc. 1) and notice of bill of particulars (Doc. 9) that it would seek the forfeiture of any firearms and ammunition involved in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1).

The government represents that, on November 3, 2021, notice of this forfeiture was sent to Damian Hosea Wright via certified mail. No petition of interest was filed within the required 35-day period. Therefore, any third-party interests are barred for failure to file a timely petition.

The court finds that the defendant has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), and that the government has established the requisite nexus between the property and such offenses in violation of 18 U.S.C. § 922(g)(1).

Accordingly, it is hereby ORDERED that the government's motion for a final order of forfeiture is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c): **a Smith and Wesson, model SD40VE, .40 caliber pistol, bearing serial number FZV7056, and ammunition.**

2. All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

4. The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 17th day of October, 2023.

/s/   Myron H. Thompson
UNITED STATES DISTRICT JUDGE