IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:21cr181-MHT
                            )            (WO)
ALTWANA JAMAL SAVAGE        )
```

ORDER

Based on the representations made on the record on November 19, 2024, and on defendant Altwana Jamal Savage's written waiver of a hearing on the pending modification petition and agreement to the modification, *see* Waiver (Doc. 138) it is ORDERED that:

(1) The petition to modify the conditions of supervision (Doc. 125), which is unopposed, is granted.

(2) The following special condition of supervision is imposed: The defendant shall reside in a Residential Re-entry Center (Dismas Charities, Inc., Montgomery, Alabama) maintained or under contract to the Federal Bureau of Prisons for a period of six months and shall comply with the rules of the facility. The term shall begin upon the defendant's surrender to Dismas

Charities Montgomery at a time directed by the probation officer.

(3) The following special condition is removed: "The defendant shall participate in the Location Monitoring Program and shall comply with the conditions of home detention, which will be monitored by a location monitoring system determined by the assigned probation officer, for a period of 6 months. The defendant shall wear (a) location monitoring device and follow the monitoring procedures specified by the probation officer. The defendant shall pay the costs of the program based upon his ability to pay as determined by the probation officer."

(4) The defendant shall remain in the custody of the U.S. Marshals Service until bed space is available at Dismas Charities.

(5) The probation department shall notify the Marshals Service and the Federal Defenders for the Middle District of Alabama when a bed at Dismas

Charities is available for the defendant and shall coordinate the date and time of release; at the time of release, the Marshals Service shall release the defendant to a representative of the Federal Defenders for immediate transport to Dismas Charities.

DONE, this the 20th day of November, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE